NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**DIAMOND TOOLS TECHNOLOGY LLC,**

*Plaintiff-Appellant*

v.

**UNITED STATES, DIAMOND SAWBLADES
MANUFACTURERS' COALITION,**

*Defendants-Appellees*

_____

2024-1882

_____

Appeal from the United States Court of International Trade in No. 1:20-cv-00060-TMR, Judge Timothy M. Reif.

_____

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                          DIAMOND TOOLS TECHNOLOGY LLC v. US

(2)  Each side shall bear their own costs.


FOR THE COURT


June 14, 2024                          Jarrett B. Perlow
    Date                                 Clerk of Court


**ISSUED AS A MANDATE:** June 14, 2024